# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

160384

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

THELONIOUS DESHANE-EAR SEARCY,
　　　　Defendant-Appellant.

SC: 160384
COA: 349169
Wayne CC: 04-012890-FC

_____/

　　　　On order of the Court, the application for leave to appeal the October 9, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk

p0311